# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| SANTANDER BANK, N.A., | : No. 259 EAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| KING DRIVE CORP.; A LA CARTE | : |
| ENTERPRISES, INC.; ANGINO & | : |
| ROVNER, P.C. AND RICHARD C. | : |
| ANGINO AND ALICE K. ANGINO, H/W, | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.